## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| City of Wyoming, Minnesota; Village of Holmen, Wisconsin; City of Elk River, Minnesota; City of Mankato, Minnesota; City of Princeton, Minnesota; City of Fergus Falls, Minnesota; Sauk Centre Public Utilities Commission; and Chisago Lakes Joint Sewage Treatment Commission; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>Procter & Gamble Company; Kimberly-Clark Corporation; Nice-Pak Products, Inc.; Professional Disposables International, Inc.; Tufco Technologies Inc.; and Rockline Industries,<br><br>    Defendants. | Civil No. 15-cv-02101 JRT-TNL<br><br><br>**MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a), Plaintiffs certify that counsel for Plaintiffs met and conferred with counsel for Defendants regarding Plaintiffs' for a Protective Order Pursuant to Rule 16 and 26 Regarding Defendants' 35 Non-Party Subpoenas, but were unable to reach agreement on any of the issues set forth in this Cross-Motion.

              Respectfully submitted,

Dated: November 22, 2017      /s/ Garrett D. Blanchfield
                  Mark Reinhardt (#90530)
                  Garrett D. Blanchfield (#209855)
                  Brant D. Penney (#316878)
                  **REINHARDT, WENDORF &**
                  **BLANCHFIELD**
                  E 1250 First National Bank Building
                  332 Minnesota Street
                  St. Paul, MN 55101

Tel: (651) 287-2100 Fax: (651) 287-2103
m.reinhardt@rwblawfirm.com
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com
b.penney@rwblawfirm.com

Daniel E. Gustafson (#202241)
Jason S. Kilene (#024773X)
Joseph C. Bourne (#0389922)
Joshua J. Rissman (#0391500)
Raina C. Borrelli (#392127)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
jbourne@gustafsongluek.com
jrissman@gustafsongluek.com
rborrelli@gustafsongluek.com

Simon B. Paris
Patrick Howard
Charles J. Kocher
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com
ckocher@smbb.com

Todd A. Seaver
Kristin J. Moody
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 433-3200
Fax: (415) 433-6382

2

                tseaver@bermantabacco.com
                kmoody@bermantabacco.com

                David M. Cialkowski (#306526)
                June P. Hoidal (#033330X)
                **ZIMMERMAN REED, PLLP**
                1100 IDS Center 80 South 8th Street
                Minneapolis, MN 55402
                Tel : (612) 341-0400
                Fax : (612) 341-0844
                David.cialkowski@zimmreed.com
                June.hoidal@zimmreed.com

                **Attorneys for Plaintiffs and the Proposed Classes**

4848-2276-2582, v. 1