UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| City of Wyoming, Minnesota; Village of Holmen, Wisconsin; City of Elk River, Minnesota; City of Mankato, Minnesota; City of Princeton, Minnesota; City of Fergus Falls, Minnesota; Sauk Centre Public Utilities Commission; and Chisago Lakes Joint Sewage Treatment Commission; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>Procter & Gamble Company; Kimberly-Clark Corporation; Nice-Pak Products, Inc.; Professional Disposables International, Inc.; Tufco Technologies Inc.; and Rockline Industries,<br><br>    Defendants. | Civil No. 15-cv-02101 JRT-TNL<br><br>**PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT KIMBERLY-CLARK CORPORATION** |

  Plaintiffs, by and through counsel, move this Court for an Order granting Plaintiffs'

Motion to Compel Discovery from Defendant Kimberly-Clark Corporation.

  This Motion is based on the pleadings, files and records herein, including

Plaintiffs' Memorandum of Law in Support of Motion to Compel, Declaration of Simon

Bahne Paris and exhibits.

                Respectfully submitted,

Dated: January 3, 2018     /s/ Garrett D. Blanchfield
               Mark Reinhardt (#90530)
               Garrett D. Blanchfield (#209855)
               Brant D. Penney (#316878)
               **REINHARDT, WENDORF & BLANCHFIELD**

E 1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel: (651) 287-2100 Fax: (651) 287-2103
m.reinhardt@rwblawfirm.com
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com
b.penney@rwblawfirm.com

Daniel E. Gustafson (#202241)
Jason S. Kilene (#024773X)
Joseph C. Bourne (#0389922)
Joshua J. Rissman (#0391500)
Raina C. Borrelli (#392127)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
jbourne@gustafsongluek.com
jrissman@gustafsongluek.com
rborrelli@gustafsongluek.com

Simon B. Paris
Patrick Howard
Charles J. Kocher
**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
sparis@smbb.com
phoward@smbb.com
ckocher@smbb.com

3

Todd A. Seaver
Kristin J. Moody
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 433-3200
Fax: (415) 433-6382
tseaver@bermantabacco.com
kmoody@bermantabacco.com

David M. Cialkowski (#306526)
June P. Hoidal (#033330X)
**ZIMMERMAN REED, PLLP**
1100 IDS Center 80 South 8th Street
Minneapolis, MN 55402
Tel : (612) 341-0400
Fax : (612) 341-0844
David.cialkowski@zimmreed.com
June.hoidal@zimmreed.com

**Attorneys for Plaintiffs and the Proposed Classes**

4840-1475-3882, v. 1