UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| City of Wyoming, Minnesota; Village of Holmen, Wisconsin; City of Elk River, Minnesota; City of Mankato, Minnesota; City of Princeton, Minnesota; City of Fergus Falls, Minnesota; Sauk Centre Public Utilities Commission; and Chisago Lakes Joint Sewage Treatment Commission; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>Procter & Gamble Company; Kimberly-Clark Corporation; Nice-Pak Products, Inc.; Professional Disposables International, Inc.; Tufco Technologies Inc.; and Rockline Industries,<br><br>    Defendants. | Civil No. 15-cv-02101-JRT-TNL<br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff City of Wyoming, Minnesota ("Plaintiff") and Defendants Procter & Gamble Company, Kimberly-Clark Corporation Nice-Pak Products, Inc., Professional Disposables International, Inc., Tufco Technologies, Inc., and Rockline Industries (collectively "Defendants"), that all of Plaintiff's claims against Defendants in the above-captioned action are voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

| | |
|---|---|
| Dated: May 7, 2018 | */s/Joseph C. Bourne*<br>Daniel E. Gustafson (#202241)<br>Jason S. Kilene (#024773X)<br>Joseph C. Bourne (#0389922)<br>Joshua J. Rissman (#0391500)<br>Raina C. Borrelli (#392127)<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South Sixth Street,<br>Suite2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>Fax: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>jkilene@gustafsongluek.com<br>jbourne@gustafsongluek.com<br>jrissman@gustafsongluek.com<br>rborrelli@gustafsongluek.com<br><br>Simon B. Paris<br>Patrick Howard<br>Charles J. Kocher<br>**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA  19103<br>Tel: (215) 496-8282<br>Fax: (215) 496-0999<br>sparis@smbb.com<br>phoward@smbb.com<br>ckocher@smbb.com<br><br>*Attorneys for Plaintiffs and the Proposed Classes* |

2

Dated: May 7, 2018          */s/S. Jamal Faleel*
Jerry W. Blackwell (Bar No. 186867)
S. Jamal Faleel (Bar No. 320626)
Emily A. Ambrose (Bar No. 391439)
**BLACKWELL BURKE P.A.**
431 S 7th St Ste 2500
Minneapolis, MN 55415
Tel: 612-343-3200
Fax: 612-343-3205
Email: blackwell@blackwellburke.com
Email: jfaleel@blackwellburke.com
Email: eambrose@blackwellburke.com

*Attorneys for Rockline Industries*

Dated: May 7, 2018          */s/Kara L. McCall*
Eamon P. Joyce (*pro hac vice*)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue New
York, NY 10019 Tel:
212- 839-5300
Email: ejoyce@sidley.com

Tracy J. Van Steenburgh (Bar No. 141173)
**NILAN JOHNSON LEWIS PA**
120 S 6th St Ste 400
Minneapolis, MN 55402
Tel: 612-305-7500
Fax: 612-305-7501
Email: tvan@nilanjohnson.com

Kara L. McCall (*pro hac vice*)
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: kmccall@sidley.com

*Attorneys for Kimberly-Clark Corporation*

Dated: May 7, 2018	/s/Henry B. Liu
John W. Lundquist (Bar. No. 65286)
Nicole M. Moen (Bar No. 329435)
**FREDRIKSON & BYRON, PA**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Tel: (612) 492-7000
Fax: (612) 492-7077
Email: jlundquist@fredlaw.com
Email: nmoen@fredlaw.com

Emily Johnson Henn (*pro hac vice*)
**COVINGTON & BURLING LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel: (650) 632-4700
Fax: (650) 632-4800
Email: ehenn@cov.com

Henry B. Liu (*pro hac vice*)
**COVINGTON & BURLING LLP**
One City Center, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
Email: hliu@cov.com

***Attorneys for Defendant Procter & Gamble Company***

Dated: May 7, 2018	/s/Aaron Van Oort
Aaron Van Oort (Bar No. 315539)
Matthew B. Harris (Bar No. 0396120)
Cicely R. Miltich (Bar No. 0392902)
**FAEGRE BAKER DANIELS LLP**
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: 612-766-7000
Fax: 612-766-1600
Email: Aaron.VanOort@FaegreBD.com
Email: Matthew.Harris@FaegreBD.com
Email: Cicely.Miltich@FaegreBD.com

                                    Anthony Forte (*pro hac vice*)
**STRADLING YOCCA CARLSON & RAUTH, P.C.**
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Tel: 949-725-4000
Fax: 949-725-4100
Email: aforte@sycr.com

*Attorneys for Defendant Tufco Technologies Inc.*

Dated: May 7, 2018                       */s/Karl A. Bekeny*
John Q. Lewis (*pro hac vice*)
Karl A. Bekeny (*pro hac vice*)
Michael J. Ruttinger (*pro hac vice*)
Jennifer L. Mesko (*pro hac vice*)
Chelsea M. Croy Smith (*pro hac vice*)
**TUCKER ELLIS LLP**
950 Main Avenue - Suite 1100
Cleveland, OH 44113-7213
Tel: (216) 592-5000
Fax: (216) 592-5009
Email: john.lewis@tuckerellis.com
Email: karl.bekeny@tuckerellis.com
Email: michael.ruttinger@tuckerellis.com
Email: jennifer.mesko@tuckerellis.com
Email: chelsea.smith@tuckerellis.com

George W. Soule
Melissa R. Stull
**SOULE & STULL LLC**
Eight West 43rd Street, Suite 200
Minneapolis, MN 55409
Tel: (612) 353-6403
Fax: (612) 573-6484
Email: gsoule@soulestull.com
Email: mstull@soulestull.com

*Attorneys for Defendants Nice-Pak Products, Inc. and Professional Disposables International, Inc.*