UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| VILLAGE OF HOLMEN, WISCONSIN; CITY OF ELK RIVER, MINNESOTA; CITY OF MANKATO, MINNESOTA; CITY OF PRINCETON, MINNESOTA; CITY OF FERGUS FALLS, MINNESOTA; SAUK CENTRE PUBLIC UTILITIES COMMISSION; and CHISAGO LAKES JOINT SEWAGE TREATMENT COMMISSION; *on behalf of themselves and all others similarly situated*, <br><br>              Plaintiffs, <br><br> v. <br><br> KIMBERLY-CLARK CORPORATION, <br><br>              Defendant. | Civil No. 15-2101 (JRT/TNL) <br><br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

Daniel E Gustafson, **GUSTAFSON GLUEK PLLC,** 120 South 6th Street, Suite 2600, Minneapolis, MN 55402, for plaintiffs.

Kara L. McCall, **SIDLEY AUSTIN LLP,** One South Dearborn, Suite 3300, Chicago, IL 60603, for defendant.

The parties filed a Stipulation for Dismissal with Prejudice on January 3, 2020 (Docket No. 1116).  Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that all of Plaintiffs' claims against Defendant Kimberly-Clark Corporation in the above-captioned action are voluntarily dismissed with prejudice, with each party bearing its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 14, 2020
at Minneapolis, Minnesota

s/John R. Tunheim_____
JOHN R. TUNHEIM
Chief Judge
United States District Court