# UNITED STATES DISTRICT COURT
## District of Minnesota

City of Mankato, Chisago Lakes Joint Sewage Treatment Commission, Sauk Centre Public Utilities Commission, City of Fergus Falls, City of Elk River, City of Princeton

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.   Case Number: 15-cv-2101-JRT/TNL

Kimberly-Clark Corporation

Defendant(s).

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

all of Plaintiffs' claims against Defendant Kimberly-Clark Corporation in the above-captioned action are voluntarily dismissed with prejudice, with each party bearing its own costs and fees.

Date: 1/15/2020                                    KATE M. FOGARTY, CLERK

                                                   s/M. Giorgini
                                             (By)   M. Giorgini, Deputy Clerk