UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| CITY OF WYOMING, MINNESOTA; VILLAGE OF HOLMEN, WISCONSIN; CITY OF ELK RIVER, MINNESOTA; CITY OF MANKATO, MINNESOTA; CITY OF PRINCETON, MINNESOTA; CITY OF FERGUS FALLS, MINNESOTA; SAUK CENTRE PUBLIC UTILITIES COMMISSION; and CHISAGO LAKES JOINT SEWAGE TREATMENT COMMISSION; *on behalf of themselves and all others similarly situated*, | Civil No. 15-2101 (JRT/TNL) |
| Plaintiffs, | ORDER |
| v. | |
| KIMBERLY-CLARK CORPORATION; and ROCKLINE INDUSTRIES, | |
| Defendants. | |

Daniel E. Gustafson and Raina C. Borrelli, **GUSTAFSON GLUEK PLLC**, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402; Anthony Shapiro, **HAGENS BERMAN**, 1301 Second Avenue, Suite 2000, Seattle, WA 98101; and Patrick Howard, **SALTZ, MONGELUZZI, BARRETT & BENDESKY, PC**, 1650 Market Street, Fifty-Second Floor, Philadelphia, PA 19103, for plaintiffs.

Emily A. Ambrose, Jerry W. Blackwell, and S. Jamal Faleel, **BLACKWELL BURKE PA**, 431 South Seventh Street, Suite 2500, Minneapolis, MN 55415, for Defendant Rockline Industries.

Kara L. McCall, **SIDLEY AUSTIN LLP**, One South Dearborn Street, Suite 3300, Chicago, IL 60603, and Eamon P. Joyce, **SIDLEY AUSTIN LLP**, 787 Seventh Avenue, New York, NY 10019, for Defendant Kimberly-Clark Corporation.

This matter came before the Court on Kimberly-Clark and Rockline's Motion for Judgment or, in the Alternative, Judgment on Plaintiffs' Requests for Injunctive Relief [Docket No. 860]. Based upon the files, records, and proceedings herein and for the reasons set forth in this Court's Memorandum Opinion and Order [Docket No. 1087], **IT IS HEREBY ORDERED** that Summary Judgment in favor of Rockline Industries, Inc. is **GRANTED** on all counts.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 13, 2020    s/John R. Tunheim
at Minneapolis, Minnesota    JOHN R. TUNHEIM
    Chief Judge
    United States District Court