# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| City of Mankato, Chisago Lakes Joint Sewage Treatment Commission, Sauk Centre Public Utilities Commission, City of Fergus Falls, City of Elk River, City of Princeton | **JUDGMENT IN A CIVIL CASE** |

Plaintiff(s),

v.                                                    Case Number: 15-cv-02101-JRT-TNL

Kimberly-Clark Corporation

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Summary Judgment in favor of Rockline Industries, Inc. is **GRANTED** on all counts.

Date: 2/14/2020                                    KATE M. FOGARTY, CLERK

                                                           s/M. Giorgini
                                                    (By)   M. Giorgini, Deputy Clerk